# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**ROY WRIGHT, Individually and as Parent and Natural Guardian for M.E., an infant**

vs.                                    **CASE NUMBER: 6:08-CV-817 (NPM/GHL)**

**ADAM SILIPO, Individually and as a Police Officer of the City of Rome, New York; JONATHAN A. CARR, Individually and as a Police Officer of the City of Rome, New York; FREDERICK PACICCA, Individually and as a Police Officer of the City of Rome, New York and the CITY OF ROME**

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion for Approval of Infancy Compromise and Settlement is granted. It is Ordered that Roy Wright, parent of the infant M.E. be and hereby is authorized and empowered to enter into a compromise and settlement of the claim of the infant plaintiff, against the defendants' in this action for the total sum of $35,000.00. The Law Firm of Lockwood & Golden is awarded the sum of $11,441.50 for legal fees, together with costs and disbursements in the amount of $675.49. Total amount of Attorneys fees and costs is $12,116.99, which is to be paid out of the settlement payment herein. Roy Wright, father of the infant shall then place the remaining balance of the settlement proceeds ($22,883.01) in a court restricted bank savings account, money market account or certificate of deposit, bearing the highest annual rate of interest in the name of Roy Wright, as Parent and Natural Guardian of M.E., wherein said monies shall remain until further Order of the Court, or until the infant attains the age of 18 years in 2010, at which time the balance of the settlement proceeds plus interest accrued shall be turned over to the infant M.E.

All of the above pursuant to the order of the Honorable Judge Neal P. McCurn, dated the 2rd day of April, 2009.

DATED: April 3, 2009

_Lawrence K. Baerman_
Clerk of Court

s/ _____
Joanne Bleskoski
Deputy Clerk